IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LUGINBUHL,

    Plaintiff,

vs.                                            No. 1:12-CV-01199 KG/SMV

CITY OF GALLUP; ROBERT H. CRON, JR.;
JOHN STEW ALLEN; ROSANNE MORRISSETTE;
JOHN DOES 1-3; ELEVENTH JUDICIAL DISTRICT
ATTORNEY'S OFFICE, DIVISION II; KARL L. GILLSON;
GLENN BIERLY, as Personal Representative of the Estate of
JAMES E. BIERLY; and JOHN DOES 4-5,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

Having granted by Memorandum Opinion and Order State Defendants' Motion for Summary Judgment (Doc. 134),

IT IS ORDERED that

1. summary judgment is entered in favor of the Eleventh Judicial District Attorney's Office, Division II, and Karl L. Gillson on Luginbuhl's 42 U.S.C. § 1983 false arrest and malicious prosecution claims;

2. the Section 1983 false arrest and malicious prosecution claims raised in Count I of the Complaint (Doc. 1) are dismissed with prejudice as to the District Attorney's Office and Gillson; and

3. the District Attorney's Office and Gillson are terminated as Defendants in this case.

_____
UNITED STATES DISTRICT JUDGE