IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID LUGINBUHL,

      Plaintiff,

vs.                                        No. 1:12-CV-01199 KG/SMV

CITY OF GALLUP; ROBERT H. CRON, JR.;
JOHN STEW ALLEN; ROSANNE MORRISSETTE;
and JOHN DOES 1-5,

      Defendants.

FINAL JUDGMENT AND DISMISSAL

Having granted by Memorandum Opinion and Order City Defendants' Motion for

Summary Judgment (Doc. 136),

IT IS ORDERED that

1. summary judgment is entered in favor of Defendants City of Gallup, Robert H. Cron,

    Jr., John Stew Allen, and Rosanne Morrissette on Luginbuhl's 42 U.S.C. § 1983 false

    arrest and malicious prosecution claims;

2. the Section 1983 false arrest and malicious prosecution claims raised in Count I of the

    Complaint (Doc. 1) are dismissed with prejudice as to Defendants City of Gallup,

    Cron, Allen, and Morrissette;

3. Counts II and IV of the Complaint are dismissed without prejudice; and

4. this Final Order of Dismissal terminates this lawsuit.

                                                       
_____
UNITED STATES DISTRICT JUDGE